From: The District Court of the Eleventh Judicial District. County of Flathead.

STATE OF MONTANA, Plaintiff, vs. MARVIN DUANE SCHILLING, Defendant.

NO. 2915

## DECISION

The application of the above-named defendant for a review of the sentence of five years, imposed on November 14, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears proper and sufficiently lenient in that defendant was convicted of 1st dgree burglary punishable by not less than 1 nor more than 15 years imprisonment, yet received a sentence of but 5 years with 20 days jail time credit, and will be eligible for parole consideration in October, 1969, after being received November 15, 1968, although he has a record of 1 prior felony conviction and 1 probation violation.

DATED this 7th day of April, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. WILLIAM SOMMERS, Defendant.

NO. 5744C

## DECISION

The application of the above-named defendant for a review of the sentence of five years, imposed on August 19, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears proper and sufficiently lenient in that defendant was convicted of first degree burglary punishable by not less than 1 nor more than 15 years imprisonment, yet received but a 5 year sentence with 95 days jail time credit, and will be eligible for parole consideration in June, 1969, after being received August 21, 1968, although he has a prior felony coviction, which, if used against him could have resulted in imprisonment without limit.

DATED this 7th day of April, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Jack D. Shanstrom, Sid G. Stewart.